UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN VAN ARSDOL,

                Plaintiff,

-against-

ANDRE CHARLES,

                Defendant.

25-CV-5366 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. On July 21, 2025, Plaintiff filed two letters in which he alleges that he has been unable to access court documents in this action through the Public Access to Court Electronic Records ("PACER") system because of the fees imposed to obtain such access. (ECF 10, 11.) He requests that the Court grant him an exception from the fees to access court documents in this action through PACER.

    The Court finds that Plaintiff, who is proceeding in this action without counsel and *in forma pauperis*, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Plaintiff alleges that he lacks the financial means to afford the ongoing access to court documents that he believes is necessary to properly litigate this case. (*See* ECF 11, at 1.)

    Plaintiff has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information.

    Accordingly, Plaintiff shall be exempt from the payment of fees for access via PACER to the electronic case files maintained by this court for case number 25-CV-5366 (LTS) in which he is the plaintiff.

    Plaintiff shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Plaintiff Robin Van Arsdol and is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Plaintiff agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Plaintiff is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and

5. This exemption is valid retroactively to June 26, 2025 until July 28, 2026.

This exemption may be revoked at the discretion of the Court at any time. A copy of this order shall be sent to the PACER Service Center.

SO ORDERED.

Dated:   July 28, 2025
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge